1

2

3

4

5

6

7

8 UNITED STATES DISTRICT COURT

9 EASTERN DISTRICT OF CALIFORNIA

10

11 CLARENCE V. KNIGHT,                    No. 1:19-cv-00180-SKO (HC)

12                    Petitioner,

13      v.                               **ORDER DENYING MOTION FOR APPOINTMENT OF COUNSEL**

14 STU SHERMAN, Warden,                   **(Doc. 6)**

15                    Respondent.

16

17      Petitioner, Clarence V. Knight, is proceeding with a petition for writ of habeas corpus

18 pursuant to 28 U.S.C. § 2254 and moves for appointment of counsel.

19      In federal habeas proceedings, no absolute right to appointment of counsel currently exists.

20 *See, e.g., Anderson v. Heinze*, 258 F.2d 479, 481 (9th Cir. 1958); *Mitchell v. Wyrick*, 727 F.2d 773,

21 774 (8th Cir. 1984). Nonetheless, a court may appoint counsel at any stage of the case "if the

22 interests of justice so require." 18 U.S.C. § 3006A(a)(2)(B); Rule 8(c), Rules Governing Section

23 2254 Cases.

24      Petitioner contends that the Court should appoint counsel based on Petitioner's limited

25 library access and lack of knowledge of the law. Because nearly all prisoners share these

26 characteristics, Petitioner, who has competently submitted a petition, alleges no basis by which the

27 Court may appoint counsel on his behalf.

28

Based on the foregoing, Petitioner's motion for appointment of counsel is hereby DENIED.

IT IS SO ORDERED.

Dated: __**February 26, 2019**__ _____ /s/ *Sheila K. Oberto* _____
UNITED STATES MAGISTRATE JUDGE